| | | | |
|---|---|---|---|
| | AUSA: Roy Kranz | Telephone: | (989) 895-5712 |
| AO 91 (Rev. 11/11) Criminal Complaint | Special Agent: Connor Frisch | Telephone: | (989) 948-0169 |

# UNITED STATES DISTRICT COURT
for the
Eastern District of Michigan

United States of America
   v.
Daniel Anthony Quezada

Case: 1:25-mj-30589
Judge: Morris, Patricia T.
Filed: 09-18-2025

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of **September 17, 2025** in the county of **Isabella** in the **Eastern** District of **Michigan**, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 2252A(a)(5)(B) & (b)(2) | Knowingly possessed child pornography after having sustained one or more qualifying sexual abuse convictions |

This criminal complaint is based on these facts:
See attached affidavit.

☑ Continued on the attached sheet.

_Complainant's signature_

Connor Frisch, Special Agent B.I.A.
_Printed name and title_

Sworn to before me and signed in my presence
and/or by reliable electronic means.

Date: September 18, 2025

_Judge's signature_

City and state: Flint, Michigan     Curtis Ivy, Jr., U.S. Magistrate Judge
_Printed name and title_

# AFFIDAVIT

I, Connor Frisch, being duly sworn, do hereby state as follows:

1. I am a Special Agent with the Bureau of Indian Affairs and have been so employed since 2024. I am a graduate of the Federal Law Enforcement Training Center and have received training in criminal investigations and in Internet Crimes Against Children.

2. I am presently assigned to the Michigan State Police Internet Crimes Against Children ("ICAC") Task Force, whose purpose is to investigate criminal statutes involving the sexual exploitation of children. I have received training in the area of child pornography and child exploitation and have observed and reviewed examples of child pornography (as defined in 18 U.S.C. § 2256) in various forms of media including computer media. I have been involved with investigations regarding child pornography and the exploitation of children through the internet. I have received training on the execution of search warrants to seize items of evidence from residences, communication providers, and electronic devices, such as cell phones and computers.

3. The facts in this affidavit come from my personal observations, my training and experience and the training and experience of other agents, and information obtained from other agents and witnesses. Since this affidavit is being submitted for the limited purpose of establishing probable cause, I have not included each

and every fact known to me concerning this investigation. On July 21, 2025, a tip from NCMEC on the ICAC Data System was reviewed that showed two additional tips on a single Subject. The tip was for suspected child pornography being downloaded from Synchronoss Technologies. Between both tips there were several different videos that displayed child pornography. Additionally, there was a sex offender registry attached to the tip that was linked to a cell phone number. The sex offender registry was for a Daniel Quezada.

4.  Daniel Quezada, Date of Birth 07/14/1969, resides at 5191 East Kay Street in Mount Pleasant, Michigan according to the Michigan Sex Offender Registry. He was charged twice at the 21st Circuit Court in Mount Pleasant, once in 2001 and again in 2006. In 2001 there were three counts, two counts of criminal sexual conduct in the 2nd degree with a person under thirteen and one count for accosting a minor for immoral purposes. In 2006 he was charged again with criminal sexual conduct in the 2nd degree for a person under thirteen.

5.  On, July 21, 2025, a referral was sent to my supervisor to open a Case number on Daniel Quezada. Three tips were reported on Daniel Quezada from NCMEC with suspected child pornography downloaded from Synchronoss Technologies. These tips were linked together by a cellular phone number that came back to a Daniel Quezada. I have reviewed images that the tips have provided and determined them to be consistent with the definition of federal child

pornography, as defined under 18 USC 2256(8). The following information was provided from the NCMEC tips, along with a description of some of those videos. Below is a summary of two files I observed:

------------------------------------------------------

### NCMEC CYBER TIP 208184943

**Reporting Electronic Service Provider**: Synchronoss Technologies

**Phone Number:** 989-400-5210

**IP Address:** 75.204.205.149

**File name:** 7a606be21a02451a86733c7a426a7175_9b3ca8d5f4be23906c0c747e63ff377d3bf28eae0e58376c1b15e277b43b7ba1

**Date of Upload:** 3/25/2025

**Description:** This is a video file depicting a nude prepubescent female child on a bed that is being vaginally penetrated by an adult male. This video is approximately one minute and 57 seconds in length.

### NCMEC CYBER TIP 212816454

**Reporting Electronic Service Provider**: Synchronoss Technologies

**Phone Number:** 989-400-5210

**IP Address:** 75.222.220.68

**File name:** 7a606be21a02451a86733c7a426a7175_2f26c69e89d1d4f97310904c83eb7b30f281a635a1d1af9a3105c9e35cb13448

**Date of Upload:** 5/27/2025

**Description:** This is a video file depicting a nude prepubescent female child on a couch that is being vaginally penetrated by an adult male. This video is approximately one minute and 32 seconds in length.

------------------------------------------------------

6. Investigators checked his sex offender registry that has his latest address history. The results for a basic search of Daniel Quezada with a date of birth in 07/14/1969, provided an individual of the same identifiers residing at address 5191 E Kay Street, Mount Pleasant, MI 48858.

7. A Federal grand jury subpoena was issued to Verizon Wireless for subscriber information. The following information was obtained; Verizon was able to match two separate IP addresses with specific date and times to 5191 E Kay St. Mount Pleasant, MI 48858, with account holder Daniel Quezada. The IP addresses that matched were 75.204.205.149 and 75.222.220.68.

8. Following the return of the grand jury subpoenas, it is determined that the IP address matches the PREMESIS and is consistent with all the tips provided by NCMEC.

9. Investigators conducted initial surveillance on 5191 E Kay Street, Mount Pleasant where they observed a white Dodge Ram truck with license plate EDQ5989. This truck is registered to Daniel Quezada.

10. On September 17, 2025, law enforcement agents executed a federal search warrant at Quezada's current residence located at 5191 E Kay Street in Mount Pleasant, MI. Quezadas' cellular phone was seized after he was stopped in his vehicle which was at the corner of Broadway Road and Isabella Street. Quezada had another occupant in the vehicle with him. It was a teenage female that claimed to be

his niece, she was then released from the scene after being questioned by law enforcement on identifying information. Digital Forensic Analysts with the Michigan State Police ICAC Task Force conducted an initial preview of Quezadas' primary phone and a secondary phone that was found in his room and located secure folders along with the VLC video viewing applications that correlate with watching videos of child pornography. The phone numbers on both phones also matched the numbers that were provided in the tip from NCMEC. The analysts then began viewing a hard drive that was found in the residence that had multiple folders that had several images and videos of apparent child pornography and erotica as defined in 18 U.S.C. § 2256.

11. Quezada was advised of Miranda rights and exercised his rights and refused to answer questions from the investigators.

12. Based on the facts of this investigation, I submit there is probable cause to believe that Daniel Quezada of 5191 E Kay Street in Mount Pleasant is the user of the Synchronoss Technology account linked to Daniel Quezada, and that Quezada has violated 18 U.S.C. § 2252A(a)(5)(B) (possession of child pornography) in the Eastern District of Michigan. Accordingly, I ask the Court to issue a criminal complaint and arrest warrant for Daniel Anthony Quezada.

_____
Connor Frisch
Special Agent, Bureau of Indian Affairs

Sworn to and subscribed before me and/or by reliable electronic means on September 18, 2025.

_____
Hon. Curtis Ivy, Jr.
United States Magistrate Judge